**No. 55837.**—Empire Wool Co. *v.* United States, protest 170820–K (Bridgeport).

Opinion by Cole, J. In accordance with stipulation of counsel that the merchandise consists of wool flocks the same in all material respects as the commodity passed upon in *Walker Services* v. *United States* (24 Cust. Ct. 190, C. D. 1230), the claim of the plaintiff was sustained.

**No. 55838.**—Chong Long Kee et al. *v.* United States, protests 143297–K, etc. (Boston).

Opinion by Cole, J. The protests were dismissed.

Before the Second Division, August 30, 1951

**No. 55839.**—Joe Lipschutz & Co. *v.* United States, protest 131345–K (New York).

Opinion by Lawrence, J. It was stipulated that the items of merchandise in question consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the merchandise was held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide under paragraph 367 (a) (1), as modified, *supra.*